IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>MAYCOL FUENTES-SALINAS,<br><br>               Defendant. | Case No. 3:19-cr-00059-SI<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

SIMON, M., United States District Court Judge:

This matter is before the Court after Defendant's filing of a motion for compassionate relief and upon the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by three years of supervised release. The Court imposes the following special conditions of supervised release: the defendant must reside at and participate in the program of a residential reentry center for six

months and participate in a drug-treatment program. He shall also participate in recommended aftercare and mental health counseling as directed by his Probation Officer.

Execution of this order will be delayed for ten days following entry of the amended judgment and commitment order to allow for residential reentry center placement by the Bureau of Prisons.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community, and that this sentence reduction is consistent with currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released no sooner than ten days after entry of the amended judgment and commitment order, for travel to the Northwest Regional Reentry Center in Portland, Oregon.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this <u>3rd</u> day of May 2021.

<u>/s/ Michael H. Simon</u>
Hon. Michael H. Simon
Judge, United States District Court

Submitted by:

<u>s/ Thomas J. Hester</u>
Thomas J. Hester
Assistant Federal Public Defender

<u>s/ Amy Potter</u>
Amy Potter
Assistant U.S. Attorney